# EXHIBIT NO. 3

### Agreement to Comply with Provisions of Prior Employment Agreement

I have reviewed the Employment Agreement (the "Agreement"), dated September 28, 2015, between me and BioConvergence LLC d/b/a/ Singota Solutions ("Singota") and understand its terms. I hereby agree that, in connection with my employment with Emergent BioSolutions Inc. ("Emergent"), I will not violate any of said terms, and more specifically, my intent is not to violate the confidentiality and non-solicit provisions therein. In that regard, I promise not to convey to Emergent in any way any confidential or otherwise proprietary information of Singota's, and I will not, directly or indirectly, solicit or otherwise service a Singota customer, in accordance with the provisions of paragraphs 4 and 6 of the Agreement. Should I learn that Emergent is working with (or considering working with) a current or former Singota customer that I otherwise am restricted from servicing under paragraph 6, I will advise Emergent accordingly immediately upon learning such fact. I further agree that my failure to comply with the terms of the Agreement may result in the termination of my employment from Emergent.

Agreed to By: _____
Jaspreet Attariwala

Date: 02|11|19